Form PMT

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| | |
|---|---|
| In Re: Arlus Potter<br>aka Arlus Farnsworth<br>Debtor(s) | Case No.: 18–40417<br>Chapter: 13 |

## ORDER FOR PAYMENT OF FEES IN INSTALLMENTS

The above–named debtor(s) having filed application for permission to pay filing fees in this case in installments, IT IS ORDERED that the debtor(s) pay fees as follows:

| | | |
|---|---|---|
| First Installment | $100.00 paid upon filing | |
| Second Installment | $70.00 on or before | 3/23/18 |
| Third Installment | $70.00 on or before | 4/23/18 |
| Final Installment | $70.00 on or before | 5/22/18 |

    IT IS FURTHER ORDERED that all payments be made to the Clerk of the United States Bankruptcy Court at the address shown below, and that until filing fees are paid in full, the debtor(s) shall pay no money and shall transfer no property to his/her attorney, his/her attorney shall accept no money or property from debtor(s) for services in connection with this case.

    IT IS FURTHER ORDERED that any objections or motions for changes in the above fee schedule must be filed with Clerk at the address below and will be scheduled for hearing before the undersigned Bankruptcy Judge.

    IT IS FURTHER ORDERED that if the installment payments are not timely made, or the entire fee is not paid, in accordance with the terms of this order, this case shall be dismissed without further notice or hearing.

Dated: 2/21/18

By the Court:

William J. Lafferty
United States Bankruptcy Judge

ADMINISTRATIVE FEE AND FILING FEE PAYMENTS MUST BE PAID IN THE EXACT AMOUNTS AS INDICATED ABOVE. PAYMENT MUST BE IN THE FORM OF CASH OR MONEY ORDER. MONEY ORDERS MUST BE MADE PAYABLE TO CLERK OF U.S. BANKRUPTCY COURT. **PERSONAL CHECKS CANNOT BE ACCEPTED.** DEBTOR'S FULL NAME AND BANKRUPTCY CASE NUMBER MUST BE INCLUDED WITH ALL PAYMENTS.

To make payments in person, or by mail:
Clerk, U.S. Bankruptcy Court
1300 Clay Street, Suite 300
Oakland, CA 94612