Form NDC

# UNITED STATES BANKRUPTCY COURT
## Northern District of California

| In Re: | Arlus Potter<br>aka Arlus Farnsworth<br>Debtor(s) | Case No.: 18–40417 WJL 13<br><br>Chapter: 13 |
|---|---|---|

### ORDER AND NOTICE OF DISMISSAL
### FOR FAILURE TO COMPLY

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Extending Time to File Missing Papers , filed on March 7, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: 3/21/18

By the Court:

William J. Lafferty
United States Bankruptcy Judge