In re:                                                      Case No. 18-40417-WJL
Arlus Potter                                                Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0971-4          User: ywon            Page 1 of 1          Date Rcvd: Mar 21, 2018
                              Form ID: NDC          Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 23, 2018.
db            +Arlus Potter,    4200 Park Blvd. Suite 272,    Oakland, CA 94602-1312
smg           ++CALIFORNIA STATE BOARD OF EQUALIZATION,    ACCOUNT REFERENCE GROUP MIC 29,    P O BOX 942879,
                SACRAMENTO CA 94279-0029
              (address filed with court: State Board of Equalization,    Collection Dept.,    P.O. Box 942879,
                Sacramento, CA  94279)
smg           +Labor Commissioner,    1515 Clay St.,    Room 801,    Oakland, CA 94612-1463
cr            +Nationstar Mortgage LLC d/b/a Mr. Cooper,    Aldridge Pite, LLP,    4375 Jutland Dr., Suite 200,
                P.O. Box 17933,    San Diego, CA 92177-7921
14713956      +Merritt College,    12500 Campus Dr,    Oakland, CA 94619-3196
14713957      +Nationstar Mortgage,    PO Box 650783,    Dallas, TX 75265-0783
14713958      +Veripro Solutions,    P.O. BOX 3572,    Coppell, TX 75019-9572

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            EDI: EDD.COM Mar 22 2018 06:03:00      CA Employment Development Dept.,
                Bankruptcy Group MIC 92E,    P.O. Box 826880,    Sacramento, CA  94280-0001
smg            EDI: CALTAX.COM Mar 22 2018 06:06:00      CA Franchise Tax Board,
                Special Procedures Bankruptcy Unit,    P.O. Box 2952,    Sacramento, CA  95812-2952
14713954       EDI: CALTAX.COM Mar 22 2018 06:06:00      Franchise Tax Board - Bankruptcy,    P.O. Box 2952,
                Sacramento, CA  95812-2952
14713955       EDI: IRS.COM Mar 22 2018 06:08:00      Internal Revenue Service - Small Businss,    PO Box 7346,
                Philadelphia, PA 19101-7346
14742558      +E-mail/Text: mitch.ferris@kenosianmiele.com Mar 22 2018 02:12:43
                Law Offices of Kenosian & Miele, LLP,    8581 Santa Monica Blvd. #17,
                Los Angeles, CA 90069-4120
                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14713958       UNIFUND CCR LLC
                                                                              TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 23, 2018                            Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 21, 2018 at the address(es) listed below:
              Armin M. Kolenovic   on behalf of Creditor   Nationstar Mortgage LLC d/b/a Mr. Cooper
                ecfcanb@aldridgepite.com,   akolenovic@ecf.inforuptcy.com
              Darya Sara Druch   on behalf of Debtor Arlus  Potter ecf@daryalaw.com
              Martha G. Bronitsky    13trustee@oak13.com
              Office of the U.S. Trustee/Oak    USTPRegion17.OA.ECF@usdoj.gov
                                                                              TOTAL: 4

Form NDC

**UNITED STATES BANKRUPTCY COURT**
**Northern District of California**

| | |
|---|---|
| In Re: Arlus Potter | Case No.: 18–40417 WJL 13 |
| aka Arlus Farnsworth Debtor(s) | Chapter: 13 |

**ORDER AND NOTICE OF DISMISSAL**
**FOR FAILURE TO COMPLY**

**Notice is hereby given** that the debtor(s) failed to comply with this court's Order Extending Time to File Missing Papers , filed on March 7, 2018 . Therefore, it is ordered that this case be **dismissed**.

Dated: <u>3/21/18</u>

By the Court:

William J. Lafferty
United States Bankruptcy Judge

Case: 18-40417    Doc# 18    Filed: 03/23/18    Entered: 03/23/18 21:23:18    Page 2 of 2